FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2021

No. 04-21-00265-CV

**IN THE INTEREST OF B.M.S. AND J.R.S., CHILDREN**

From the 454th  Judicial District Court, Medina County, Texas
Trial Court No. 18-11-25367-CV
Honorable Vivian Torres, Judge Presiding

## O R D E R

Lisa Greenwalt's Notification of Late Record is noted. Time is extended until July 23, 2021.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2021.



MICHAEL A. CRUZ, Clerk of Court